**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 9 2019

JAMES N. HATTEN, Clerk
By: ⟋⟋⟍

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**HITESH HARJI**<br>**A/K/A "JOHNNY,"**<br>**A/K/A "TISSUEMAN"** | Criminal Indictment<br><br>No. **1:19-CR- 469** |

**The Grand Jury charges that:**

### Counts One through Eight
### Wire Fraud
### (18 U.S.C. § 1343)

#### *Background*

1. The Supplemental Nutrition Assistance Program ("SNAP") is a program administered by the United States Department of Agriculture ("USDA") through the Food and Nutrition Service ("FNS"). SNAP's purpose is to alleviate hunger and malnutrition among low-income families by providing food stamp benefits. These food stamp benefits are provided to recipients through Electronic Benefit Transfer ("EBT") cards, which are similar to debit cards. Recipients use EBT cards to purchase eligible food items at approved

retail stores and the amount of the purchase is then debited from that recipient's SNAP account.

2. Individuals seeking to participate in SNAP must apply with the Georgia Department of Human Services or the Georgia Department of Family and Children Services. An individual's eligibility for food stamp benefits is determined by citizenship, income, and household size.

3. Retail stores seeking to participate in SNAP must apply with the FNS. SNAP retail store applicants are instructed and warned that EBT cards can be accepted only in connection with the sale of eligible food items. Participating retail stores are prohibited by law from exchanging cash for food stamp benefits.

4. Retail stores authorized to participate in SNAP are given a numerical identifier, referred to as an FNS Number, which is intended to be unique to a retail store. To process EBT transactions, retail stores use an EBT point-of sale card reader device, also referred to as an EBT terminal. Each EBT terminal is configured to be associated with an FNS Number.

5. In a typical EBT card transaction, the food stamp benefits recipient provides her EBT card to the retail store cashier, who processes the agreed-upon payment amount through an EBT terminal. The recipient must then enter her personal identification number into a keypad and the sale is authorized if the recipient's

SNAP account has sufficient funds available. If the sale is authorized, the funds from the recipient's account are electronically transferred to the retail store's bank account via Automated Clearing House transfers.

### Scheme and Artifice to Defraud

6. From at least in or about November 2016, until at least in or about September 2019, in the Northern District of Georgia and elsewhere, the defendant, **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," aided and abetted by others unknown to the Grand Jury, devised and intended to devise a scheme and artifice to defraud the USDA and to obtain money and property from the USDA by means of materially false and fraudulent pretenses, representations, and promises, knowing and having reason to know that the pretenses, representations, and promises were and would be material, and caused wire communications to be transmitted in interstate commerce in furtherance of the scheme.

7. Defendant **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," and others unknown obtained EBT terminals and illegally executed transactions using those EBT terminals, providing cash to food stamp recipients in exchange for EBT card payments. No eligible food items were sold in connection with the transactions. These illegal transactions were not one-to-one exchanges through which a food stamp recipient received the exact amount charged to her EBT card.

In most instances, **Harji** and others unknown retained approximately fifty percent of the EBT card payment and the food stamp recipient would receive the other fifty percent.

### *Manner and Means*

8. **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," and others unknown obtained EBT terminals that were associated with FNS Numbers belonging to retail stores authorized to participate in SNAP. EBT transactions executed on these EBT terminals would appear to FNS as having been executed by the retail store holding the FNS Number, when, in fact, the transactions were being executed by **Harji** and others unknown, not individuals working at the retail stores authorized to participate in SNAP.

9. **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," purported to operate a home toilet paper delivery service. **Harji** would advertise the service on fliers that listed his phone number.

10. **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," traveled throughout metro-Atlanta by vehicle meeting food stamp recipients and illegally exchanging cash for EBT card payments. In some instances, **Harji** had an EBT terminal with him and executed the transaction. In other instances, **Harji** used a cellular phone to call another unknown individual to execute the transaction on an EBT terminal at another location.

11. On or about the dates set forth in the following table, in the Northern District of Georgia and elsewhere, **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," aided and abetted by others unknown to the Grand Jury, having knowingly devised the aforesaid scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to execute the same, with intent to defraud did cause the following wire communications to be transmitted in interstate commerce:

| Count | Date | Wire Communication |
|---|---|---|
| 1 | 1/31/2017 | EBT card transaction using EBT terminal 48565002 in the amount of $199.93 with EBT card ending in 4667. |
| 2 | 1/31/2017 | EBT card transaction using EBT terminal 48565002 in the amount of $199.62 with EBT card ending 4667. |
| 3 | 4/20/2017 | EBT card transaction using EBT terminal 48565002 in the amount of $199.31 with EBT card ending in 3387. |
| 4 | 4/20/2017 | EBT card transaction using EBT terminal 48565002 in the amount of $99.99 with EBT card ending in 4659. |
| 5 | 5/16/2017 | EBT card transaction using EBT terminal 48565002 in the amount of $199.98 with EBT card ending in 4667. |
| 6 | 6/6/2017 | EBT transaction using EBT terminal 48565002 in the amount of $197.33 with EBT card ending in 3387. |
| 7 | 6/6/2017 | EBT transaction using EBT terminal 48565002 in the amount of $249.83 with EBT card ending in 1586. |

| Count | Date | Wire Communication |
|-------|------|--------------------|
| 8 | 6/6/2017 | EBT transaction using EBT terminal 48565002 in the amount of $149.99 with EBT card ending in 1586 |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## Forfeiture

12. As a result of committing an offense alleged in Counts One through Eight of this Indictment, defendant **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds of the offenses, including, but not limited to, a money judgment, that is, a sum of money equal to the proceeds of the offenses.

13. If, as a result of any act or omission of the defendant, **Hitesh Harji**, a/k/a "Johnny," a/k/a "Tissueman," any property subject to forfeiture: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §

981(b)(l) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of such defendant up to the value of the forfeitable property.

A _____ T R ve _____ BILL

_____ Sonya Ruppel _____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

SAMIR KAUSHAL
  *Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303